***TO: DOCKET CLERK***

***__MAGISTRATE CASE NUMBER_________***

***OR***

15-308

SECT. H MAG. 1

***X NO MAGISTRATE PAPERS WERE FOUND***

***for***

***NAME: LARRY DUPOR, LEJEUNE***

***HARRIS***

***Initials: TBL***

If you receive this note without any initials,

please return the entire packet to criminal desk .

Thank you